**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JEFFREY RAMSEY,                          :
                                         :
        Movant,                          :
    v.                                   :
                                         :   Case No. 3:15-MC-14
                                         :
                                         :
UNITED STATES                            :
DEPARTMENT OF LABOR,                     :
                                         :
        Respondent.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record

I am authorized to practice in this court under LR 83.11, and I appear in this case as counsel for the Secretary of Labor Thomas E. Perez, United States Department of Labor.

/s  *Evelyn H. Chung*
EVELYN H. CHUNG
Senior Trial Attorney
NY Bar No. 4190732
Office of the Solicitor
1100 Wilson Boulevard,
22nd Floor West
Arlington, VA 22209
Email: chung.evelyn@dol.gov
Phone: (202) 693-9660
Fax: (202) 693-9392

U.S. Department of Labor