Case 3:15-mc-00014-P   Document 6-7 Filed 03/19/15   Page 1 of 3   PageID 116

**Denton County Clerk**
**Cynthia Mitchell**
**County Clerk**
**Denton, Tx 76202**


70 2009 00068990

Instrument Number: 2009-68990

As
Assumed Name

Recorded On: June 09, 2009

Parties: BENEFITS CONSULTING GROUP
To

Number of Pages: 2

Comment:

( Parties listed above are for Clerks reference only )

** Examined and Charged as Follows: **

Assumed Name          15.00
    Total Recording:  15.00

************ **DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT** ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document Number: 2009-68990
Receipt Number: 591641
Recorded Date/Time: June 09, 2009 08:10:12A

User / Station: D Fahrney - Cash Station 3

**Record and Return To:**

JEFF RAMSEY
5100 CLEAR CREEK DR
FLOWER MOUND TX 75022



THE STATE OF TEXAS }
COUNTY OF DENTON }
I hereby certify that this instrument was FILED in the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

CMitchell
County Clerk
Denton County, Texas


EXHIBIT 7

ASSUMED NAME RECORDS
CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION

NOTICE: "CERTIFICATES OF OWNERSHIP" ARE VALID ONLY FOR A PERIOD NOT TO EXCEED 10 YEARS FROM THE DATE FILED IN THE COUNTY CLERK'S OFFICE.
(Chapter 36, Sec. 1, Title 4 – Business and Commerce Code)

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED

_Benefits Consulting Group_

PHYSICAL ADDRESS OF BUSINESS _2901 Corporate Circle, Suite 100_

CITY: _Flower Mound_   STATE: _TX_   ZIP CODE: _75028_

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: _10 years_

BUSINESS IS TO BE CONDUCTED AS (check one):
    [X] Individual    ___ General Partnership    ___ Limited Partnership
    ___ Other (name type) _____

**CERTIFICATE OF OWNERSHIP**

I/We, the undersigned, are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed herein below.

NAMES OF OWNERS

NAME _Jeff Ramsey_   SIGNATURE _[signed]_
(print or type)
ADDRESS _5100 Clear Creek Drive, Flower Mound, TX_   ZIPCODE _75022_

NAME _____   SIGNATURE _____
(print or type)
ADDRESS _____   ZIPCODE _____

NAME _____   SIGNATURE _____
(print or type)
ADDRESS _____   ZIPCODE _____

THE STATE OF TEXAS
COUNTY OF DENTON
BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared _Jeff Ramsey_

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that _he_ is/are the owner(s) of the above-named business and that _he_ signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on _June 3_, _2009_

_[signed] Jenae Marie Bl—_
Notary Public in and for State of Texas

(seal)

CYNTHIA MITCHELL, DENTON COUNTY CLERK

By:_____, Deputy

REDACTED

```
****************EXCLUDE-General              PAGE   1
2706 0.6470 EX 0.000    14 4 68          ACCOUNT         5222

JEFFREY RAMSEY                           STATEMENT PERIOD
DBA BENEFITS CONSULTING GROUP           12/31/2014 TO 01/30/2015
2648 FM 407 E, SUITE 200                       10  -  30
BARTONVILLE  TX 76226
```

---------------------------- C H E C K I N G   S U M M A R Y ----------------------------
                         CIERA SM BUS       -         5222

REDACTED



EXHIBIT 8